# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 16, 2025

## NO. 03-24-00429-CV

### YCUL, LLC and Earnest Taylor, Appellants

### v.

### Jennifer Peterson, Appellee

### APPEAL FROM THE 155TH DISTRICT COURT OF FAYETTE COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS
### MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE CRUMP

This is an appeal from the final judgment signed by the trial court on March 28, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment but that there was error requiring correction. Therefore, the Court modifies the judgment to condition the award of appellate attorneys' fees for an appeal to the supreme court on that appeal being unsuccessful. The Court affirms the trial court's final judgment as modified. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.